Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part.

In the Matter of the Claim of VIOLA BILSKI et al., Respondents, against MAXIM BOBINSKI et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of ARTHUR GROSS, Appellant, against CAPITOL HAT BLOCK CO., INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of JOSEPH SPINA, Respondent, against WILLIAM E. BUTLER, as Successor Trustee, Appellant. ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO., LTD., Respondent. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claims of KARL GNERICH et al. CENTURY METALCRAFT CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— All concur.

In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF SHAWANGUNK AND OTHER TOWNS IN ULSTER COUNTY, AND NEWBURGH AND MONTGOMERY IN ORANGE COUNTY, Appellant. EDWARD E. MURRAY et al., Constituting the Town Board of the Town of Shawangunk, Respondents. (1941 Proceeding.) In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF SHAWANGUNK AND OTHER TOWNS IN ULSTER COUNTY, AND NEWBURGH AND MONTGOMERY IN ORANGE COUNTY, Appellant. EDWARD E. MURRAY et al., Constituting the Town Board of the Town of Shawangunk, Respondents. (1942 Proceeding.) All concur.

CHARLES SMITH & SONS CONSTRUCTION COMPANY, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24134.)